[No. 27179-6-II.   Division Two.   June 14, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. RYAN PAUL KARDONSKY, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 00-8-00396-4, William G. Knebes, J. Pro Tem., entered February 9, 2001. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, A.C.J., and Seinfeld, J.

[No. 27209-1-II.   Division Two.   June 14, 2002.]

*In the Matter of the Marriage of* FREDERICK DALE PARTEN, *Appellant*, and ANN MARIE PARTEN, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 91-3-00742-1, Paula Casey, J., entered March 9, 2001. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Hunt, C.J., and Armstrong, J.

[No. 27280-6-II.   Division Two.   June 14, 2002.]

WASHINGTON PUBLIC EMPLOYEES ASSOCIATION, *Appellant*, v. PERSONNEL RESOURCES BOARD, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 97-2-02426-6, Richard A. Strophy, J., entered March 30, 2001. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt, C.J., and Morgan, J.

[No. 27284-9-II.   Division Two.   June 14, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN ALLEN BOOTH, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 99-1-00565-6, H. John Hall, J., entered April 30, 2001. *Affirmed in part* and *remanded* by unpublished opinion per Hunt, C.J., concurred in by Armstrong and Quinn-Brintnall, JJ.